IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEUTSCHE BANK TRUST COMPANY AMERICAS, *et al.*,<br><br>PLAINTIFFS,<br><br>VS.<br><br>ASSOCIATED BANK GREEN BAY, NA, *et al.*,<br><br>DEFENDANTS. | CASE NO. 3:11-CV-00396 |

**MOTION FOR ADMISSION *PRO HAC VICE***

Robert J. Lack of Friedman Kaplan Seiler & Adelman LLP respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in New York and New Jersey.

Dated this 2d day of December, 2011

        s/ Robert J. Lack
        Robert J. Lack
        Friedman Kaplan Seiler & Adelman LLP
        7 Times Square
        New York, NY 10036-6516
        rlack@fklaw.com
        (212) 833-1108

        Attorneys for Plaintiffs Deutsche Bank Trust Company Americas, Law Debenture Trust Company of New York, and Wilmington Trust Company With Respect to Claims Asserted Against Northwestern Mutual Series Fund Inc. Equity Income Portfolio; John Doe, as Owner of the Northwestern Mutual Series Fund Inc. Equity Income Portfolio; Northwestern Mutual Series Fund Inc. Index 500 Portfolio; John Doe, as Owner of the Northwestern Mutual Series Fund Inc. Index 500 Portfolio; Northwestern Mutual Series Fund Inc. Small Cap Value Portfolio; John Doe, as Owner of the Northwestern Mutual Series Fund Inc. Small Cap Value Portfolio; Northwestern Mutual Life Insurance Company; Northwestern Mutual Series Fund, Inc.; Stark Global Opportunities Master Fund Ltd; Stark Investments; and Stark Master Fund Ltd