IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEUTSCHE BANK TRUST COMPANY AMERICAS, IN
ITS CAPACITY AS SUCCESSOR INDENTURE TRUSTEE
FOR CERTAIN SERIES OF SENIOR NOTES, et al.,

    PLAINTIFFS,                         CASE NO. 3:11-CV-00396

    VS.

ASSOCIATED BANK GREEN BAY, NA; et al.,

    DEFENDANTS.

---

**NOTICE OF APPEARANCE**

---

PLEASE TAKE NOTICE that the law firm of von Briesen & Roper, s.c. has been retained by and appears for Defendant Lloyd Van Antwerpen in this action. Please serve copies of all papers in this action on the undersigned at the address set forth below.

Dated:  December 8, 2011

                                        **von BRIESEN & ROPER, s.c.**

                                        /s/ Mark F. Foley
                                        Mark F. Foley, SBN 1005627
                                        Peter C. Furrer, SBN 1043165

                                        Attorneys for Lloyd Van Antwerpen

Post Office Address:

von Briesen & Roper, s.c.
411 East Wisconsin Avenue, Suite 700
Milwaukee WI 53202
Telephone:  (414) 287-1404
Email:  mfoley@vonbriesen.com
        pfurrer@vonbriesen.com

22720218_1.DOCX