IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEUTSCHE BANK TRUST COMPANY
AMERICAS, in its capacity as successor
Indenture trustee for certain series of Senior
Notes, et al.,

           Plaintiffs,

vs.

ASSOCIATED BANK GREEN BAY, NA;
et al.,

           Defendants.

Case No. 3:11-CV-00396

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that Attorney Eric A. Baker of the law firm of Boardman, Suhr, Curry & Field LLP in Madison, Wisconsin hereby appears as counsel for Defendant Wisconsin Reinsurance Corporation, in the above captioned case, and requests that all further notices, court-filed submissions, and orders be served on him at the address listed below.

Dated this 8th day of December, 2011.

           BOARDMAN, SUHR, CURRY & FIELD LLP
           By

           /s/ Eric A. Baker
           Eric A. Baker, State Bar No. 1043138
           Attorneys for Defendant
           Wisconsin Reinsurance Corp.

           One South Pinckney St., 4th Floor
           P.O. Box 927
           Madison, WI  53701-0927
           Telephone:  608-257-9521
           Facsimile:  608-283-1709
           ebaker@boardmanlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of December, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification electronically to all attorneys of record.

/s/ Mary A. Zuehlke
mzuehlke@boardmanlawfirm.com

F:\DOCS\WD\27363\23\A1309789.DOCX