AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Wisconsin

| Deutsche Bank Trust Company Americas, et al. | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 11- CV-396 |
| Associated Bank Green Bay, NA, et al. | ) | |
| Defendant | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Judd S. Alexander Foundation, Inc.

Date: 12/09/2011

s/ Kevin E. Wolf
*Attorney's signature*

Kevin E. Wolf #1001122
*Printed name and bar number*

RUDER WARE
500 First Street, Suite 8000
P.O. Box 8050
Wausau, WI 54402-8050
*Address*

kwolf@ruderware.com
*E-mail address*

(715) 845-4336
*Telephone number*

(715) 845-2718
*FAX number*